PHILLIP A. TALBERT
Acting United States Attorney
KYLE R. RATLIFF
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-2888 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation No. 6552836 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| JUAN N. GARCIA, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 6552836 against JUAN N. GARCIA without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure

Dated:  December 28, 2016         Respectfully Submitted,
                                  Phillip A. Talbert
                                  Acting United States Attorney

                          By:     */s/ Kyle R. Ratliff*

                                  Kyle R. Ratliff
                                  Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 6552836 against JUAN N. GARCIA be dismissed without prejudice, in the interest of justice.

Dated: _____Dec. 28___, 2016

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge